# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 4, 2009

Marilyn Kelly,
Chief Justice

136791

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

RONALD N. SILBERSTEIN,
      Plaintiff,
      Counter-Defendant-Appellee,

v

SC: 136791
COA: 275195
Oakland CC: 2004-005567-CL

PRO GOLF OF AMERICA, INC.,
      Defendant,
      Counter-Plaintiff-Appellant,
and

PRO GOLF INTERNATIONAL, INC.,
PRO-GOLF.COM, INC., and AJAY SPORTS,
INC.,
      Defendants-Appellants,
and

TOM ITIN,
      Defendant.

_____/

      On order of the Court, the application for leave to appeal the April 1, 2008 judgment of the Court of Appeals is considered, and it is DENIED because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 4, 2009

_____
Clerk

0128